766 A.2d 854

Mark J. CONWAY and Mollie M. Conway, Individually
and as Parents and Natural Guardians of Madison
C. Conway, a minor, Petitioners,

v.

Amy YAVOREK, and Ob–Gyn Consultants, Ltd., Respondents.

Supreme Court of Pennsylvania.

Feb. 28, 2001.

### ORDER

PER CURIAM:

**AND NOW,** this 28th day of February, 2001, the Petition For Allowance of Appeal is GRANTED and this matter is VACATED and REMANDED to the Superior Court for further consideration in light of this Court's decision in *Fancsali v. University Health Center*, 761 A.2d 1159 (Pa.2000).